*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Danny M. Wells ███████,
Estate of Danny M. Wells
& Trust Funds of Danny M. Wells ,
Supreme Court of the UNITED STATES
of AMERICA trust fund of Danny M. Wells,
USDC of NORTH DAKOTA trust fund of
DANNY M. WELLS

(Enter full name of each Plaintiff, above)

vs.

JUDICIAL OFFICER of the
US COURT of APPEALS for
The Federal Circuit , MSPB,
USTAX COURT, US COURT of
FEDERAL CLAIMS and 1-10,000
DOES of the JUDICIAL OFFICER
PROFESSION

(Enter full name of each Defendant, above)

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Case No. _____
(To be assigned by Clerk of Court)

§ **JURY TRIAL DEMANDED** ☐Yes ☑No
(Check one)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

The bibliogrophy oftheof the Charges are the CAUSE of ACTION FILED UPON JUDICIAL OFFICERS by Danny M. Wells from 1970 to 2026, 200 CHARGES or more. 15 U.S.C. 9054 CONFLICT of INTEREST , 15 USC .....Report by FBI of Civil Court FILINGS by Danny M.Wells to be ATTACHED.

**SAMPLE COMPLAINT**                1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Danny M. Wells,  1902 3rd  AVE  North  Fargo  NORTH DAKOTA

US DISTRICT COURT of NORTH DAKOTA trust fund of Danny M. Wells ███████ Quentin N. Burdick U.S. Courthouse 655 1st Ave ,North #130 Fargo ND  58102-4932 ( aka) Quentinella Nixon Bernadett /or Luke  Nicodemus  MacHale

 SUPREME COURT of the UNITED STATES of AMERICA trust fund of Danny M. Wells 1 First St NE, Washington, DC 20543

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

JUDICIALCourt Court Court JUDICIAL  OFFICERS  of the CIVIL COURT FILINGS by Danny M. Wells ,of 1970  to  2026 . ToINCLUDETo include  ADMINISTRATIVE FILINGS  and COMPLAINTS  Managed by JUDICIAL  OFFICERS.  LIST of PERSONS shall be a REPORT by the UNITED STATES  CIA, a LIST that has  ( 50,000) or  more Names.

**SAMPLE COMPLAINT**                                      2

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

The CIVIL CASES FILED by Danny M. Wells had a 75% REWRITE of the CIOURT ORDERS ISSUED( REPORT by the CIA) tobe ATTACHED. THE INSTANT CASE is the ABSTRACT of the COURT ORDERS ISSUED because this FILING is NOTICE that their is a COURT ORDER ISSUED ( INDEXED by ADDRESS of the PROERTY or the NAME of the COMPANY , or the Name of the PERSONS, FILE with the CIA/NSA/ and OTHER FEDERAL ORGANIZATIONS that were SUED by Danny M. Wells. THE COURT ORDERS ISSUED were not instituted by Authiorites . The FEDERAL COURT SESSIONS of 1970 to2026 are INCERTS to this FILING and have a INDIVIDUAL RECORD of HEARINGS by THIRD PARTIES tobe a ATTACHED REPORT. The COURT ORDERS DIRECTLY LINKED tothisto this FILING are some 2 MILION PAGES written by the SUPREME COURT OF THE UNITED STATES of AMERICA. ThisThis his filing of 26 Feb 2026 is COMPOSED of the CIVIL COURT LITIGATION of Danny M. Wells from 2012 to 2026 and will be by JURISDICTION as a casuecause of action UPON the JUDICIAL OFFICERS. THE F.C.S. are ALLEGATIONS of 2000 to 2026. THEY RECORD the HISTORY and are a DECLARATION in SUPPPORT. THE INSTANT CIVIL CASES FILED from 2020 to 2026 are the recent LITIGATION that the ORDERS had to be REWRITTEN , that the ORIGIONAL LITIGATION of the TOPICS were not INCORPORATED by the JUDICIAL OFFICERS. The NORTH DAKOTA CIVIL LITIGATION of 1970 to 2026 is the PROOF OF CONTEMPT , the NORTH DAKOTA LITIGATION is 20,000 PAGES of ALLEGATIONS and MOTIONS by Danny M. Wells,the BIBLOGROPHY of COURT ORDERS ISSUED shall be done by the US NAVY, US ARMY, NORTH DAKOTA DOJ trust fund of Danny M. Wells and the SUPREME COURT of the UNITED STATES of AMERICA trust fund of Danny M. Wells FOR PARTIES tobe served the BIBLOGROPHY that are LINKED to the PROPERTY or ADDRESS or COMPANY, for the

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

The REPORT of the ADMINISTRATIVE OFFICES ,and the COMPLAINTS FILED with ORGANIZATIONS shall be a REPORT by the CIA/NSA/US NAVY/US ARMY of 1970 to 2026.

**SAMPLE COMPLAINT**                                        3

**VI. RELIEF.** State what you want the Court to do for you.

The FEDERAL COURT shallRECOGNIZE the ABSTRACT FILING of the ORIGIONAL COURT ORDERS , the REWRITTEN COURT ORDERS and ADMINISTRATIVE ORDERS that are REWRITTEN. HAVE a DIRECT CONTACT withtwith he US NAVY<USARMYUS ARMY, UNITED STATES CIA,UNITEDSTATESUNITED STATES NSA for the ORIGIONAL COURT ORDERS WRITTEN FOR Danny M. Wells based on ADDRESS to be DISCLOSED to the PUBLIC, and the USDC / OTHER AGENCYS , US NAVY, US ARMY, CIA, NSA, SERVE the ORIGIONALCOURT ORDERS on an ADDREES and the ORGANIZATION at the ADDRESS ,for dannyDanny M. WellstoWells to USE the PROERTY and the COMPANY OWNED by Danny M. Wells, The USDC of NORTH DAKOTA shall serve the PERSONS and Parties that are the problem by REFERAL , by the CIA, NSA,US NAVY or US ARMY. The ESTATE REPORTS are to be in the LITIGATION ,and REFERANCE MATERIAL forthefor the ISSUES ,the ESTATE REPORTS re NORTH DAKOTA shall be served on the CASS COUNTY NORTH DAKOTA SHERIFF DEPT and NORTH DAKOTA DOJ.( THIS is a MILLER ACT COMPLAINT by the OWNER )who is a GENERAL CONTRACTOR to SERVICES forthefor the PROERTIES , THE OWNER is being EXTORTED by the UNIONS and the EMPLOYEES that SUPPLY servivesservices ,and the OWNER is EXTORTED by SUPPLIERS.
TO BE SIGNED by the USMS trust fund of Danny M. Wells,the COMPUTER didnotdid not have the SIGNATURE FUNCTION on the COMPUTER .

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this _26 FE_ day of _Feb_____ , 2_026_ .

_____
Signature of Plaintiff

_____
Printed Name of Plaintiff

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number of Plaintiff

_____
Signature of Plaintiff

_____
Printed Name of Plaintiff

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                    4